# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
Southern Division

HEATHER TAYLOR-LIVAS, *et al*,

v.

DYKEMA GOSSETT P.L.L.C., *et al*,

Case No.: **2:22-CV-11733-GAD-EAS**

## AFFIDAVIT OF SERVICE
DEFENDANT: Dykema Gossett P.L.L.C.

Being duly sworn on my oath, I GINA SHARBOWSKI declare that I am a citizen of the United States and a resident of the state of MI, over the age of eighteen and full time process server, and not a party to or interested in the proceedings of this action. I received this process on 7-27-22, and that I personally served the following: <u>SUMMONS IN A CIVIL ACTION;</u> <u>PLAINTIFF'S COMPLAINT AND JURY DEMAND; DEMAND FOR JURY TRIAL;</u> in regards to the above case, upon:

## DYKEMA GOSSETT P.L.L.C

as follows:
<u>CORPORATE SERVICE</u>: by serving: KATHY HUNTER, Intake Specialist/Agent @ The Corporation Company, R/A, *personally*,
by identifying her and handing her the papers

<u>Sex</u>: F   <u>Age</u>: 50's   <u>Race</u>: W/blond hair   <u>Height/Weight</u>: 5'4"/215-230lbs

at:
*Complete Address of Service*
THE CORPORATION COMPANY, R/A's address:

<u>40600 Ann Arbor Rd, E, Ste 201</u>

<u>Plymouth, Michigan 48170</u>.
WAYNE County, Michigan

*Day, Date, Time of service*

<u>Thurs.</u>   <u>JUL 28 2022</u>   <u>@ 2:44pm</u>

I declare under the penalties of perjury that the information contained in this Affidavit of Service is true and correct.

*Gina Sharbowski*
Process Server
1221 Bowers Street, #103
Birmingham, MI 48012

Subscribed and Sworn to before me on <u>8/3/2022</u>, by the individual effectuating service, who produced identification, by means of <u>X</u> Personal presence, or ___ Online Notarization. Type of Identification <u>MI D.L.</u>.

*Jasmine Mounts*
Notary public

JASMINE MOUNTS
NOTARY PUBLIC - MICHIGAN
OAKLAND COUNTY
MY COMMISSION EXPIRES 7/14/2028
ACTING IN <u>Oakland</u> COUNTY