UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEATHER TAYLOR-LIVAS,

    Plaintiff,

v.

DYKEMA GOSSETT, P.L.L.C.,

    Defendant.

Case No: 2:22-cv-11733

Hon. Gershwin A. Drain

_____/

| | |
|---|---|
| SCOTT P. BATEY (P54711) | ELIZABETH HARDY (P37426) |
| Batey Law Firm, PLLC | THOMAS J. DAVIS (P78626) |
| Attorney for Plaintiff | Kienbaum Hardy Viviano |
| 30200 Telegraph Road, Suite 400 |   Pelton & Forrest, P.L.C. |
| Bingham Farms, MI 48025 | Attorneys for Defendant |
| Phone: (248) 540-6800 | 280 North Old Woodward Ave., Ste. 400 |
| Fax: (248) 540-6814 | Birmingham, MI 48009 |
| sbatey@bateylaw.com | Phone: (248) 645-0000 |
| | Fax: (248) 458-4581 |
| | ehardy@khvpf.com |
| | tdavis@khvpf.com |

_____/

**Stipulated Order to Extend Time for Defendant Dykema Gossett, P.L.L.C. to Respond to Plaintiff's Complaint**

**WHEREAS** Plaintiff Heather Taylor-Livas served a summons and Complaint on Defendant Dykema Gossett, P.L.L.C. (hereafter "Defendant") on July 28, 2022; **AND**

**WHEREAS** the parties have agreed and stipulated to an extension of time for Defendant to answer or otherwise respond to the Complaint, to September 19, 2022, thus obviating the need for motion practice;

**IT IS HEREBY ORDERED** that for good cause show, the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is now September 19, 2022.

IT IS SO ORDERED.

Dated:  August 19, 2022                             s/Gershwin A. Drain_____
                                                                         Honorable Gershwin A. Drain
                                                                         United States District Judge

The above order is stipulated as to form and content:

| BATEY LAW FIRM, PLLC | KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C. |
|---|---|
| By: */s/Scott P. Batey (with permission)*<br>    Scott P. Batey (P54711)<br>Attorney for Plaintiff<br>30200 Telegraph Road, Suite 400<br>Bingham Farms, MI 48025<br>Phone: (248) 540-6800<br>Fax: (248) 540-6814<br>sbatey@bateylaw.com<br><br>Dated: August 18, 2022 | By: */s/Thomas J. Davis*<br>    Elizabeth Hardy (P37426)<br>    Thomas J. Davis (P78626)<br>Attorneys for Defendant<br>280 N. Old Woodward Ave., Ste. 400<br>Birmingham, Michigan 48009<br>(248) 645-0000 (Office)<br>(248) 4584581 (Fax)<br>ehardy@khvpf.com<br>tdavis@khvpf.com<br><br>Dated: August 18, 2022 |

455182