UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEATHER TAYLOR-LIVAS,

    Plaintiff,

v.

DYKEMA GOSSETT, P.L.L.C.,

    Defendant.
_____/

Case No: 2:22-cv-11733

Hon. Gershwin A. Drain

| | |
|---|---|
| SCOTT P. BATEY (P54711) | ELIZABETH HARDY (P37426) |
| Batey Law Firm, PLLC | THOMAS J. DAVIS (P78626) |
| Attorney for Plaintiff | Kienbaum Hardy Viviano |
| 30200 Telegraph Road, Suite 400 |   Pelton & Forrest, P.L.C. |
| Bingham Farms, MI 48025 | Attorneys for Defendant |
| Phone: (248) 540-6800 | 280 North Old Woodward Ave., Ste. 400 |
| Fax: (248) 540-6814 | Birmingham, MI 48009 |
| sbatey@bateylaw.com | Phone: (248) 645-0000 |
| | Fax: (248) 458-4581 |
| | ehardy@khvpf.com |
| | tdavis@khvpf.com |

_____/

**Stipulated Order to Extend Time for Defendant Dykema Gossett, P.L.L.C. to Respond to Plaintiff's Complaint**

**WHEREAS** Plaintiff Heather Taylor-Livas served a summons and Complaint on Defendant Dykema Gossett, P.L.L.C. (hereafter "Defendant") on July 28, 2022; **AND**

**WHEREAS** the parties agreed and stipulated to an extension of time for Defendant to answer or otherwise respond to the Complaint, to September 19, 2022, which this Court granted; and

**WHEREAS** the parties have indicated that they are exploring alternative methods of resolving their dispute, and as a result would like a further extension of time for Defendant to answer;

**IT IS HEREBY ORDERED** that for good cause shown, the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is now October 24, 2022.

IT IS SO ORDERED.

Dated: September 13, 2022                s/Gershwin A. Drain_____
                                         Honorable Gershwin A. Drain
                                         United States District Judge

The above order is stipulated as to form and content:

| BATEY LAW FIRM, PLLC | KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C. |
|---|---|
| By: */s/Scott P. Batey (with permission)*<br>  Scott P. Batey (P54711)<br>Attorney for Plaintiff<br>30200 Telegraph Road, Suite 400<br>Bingham Farms, MI 48025<br>Phone:  (248) 540-6800<br>Fax:  (248) 540-6814<br>sbatey@bateylaw.com<br><br>Dated:  September 6, 2022 | By: */s/Thomas J. Davis*<br>  Elizabeth Hardy (P37426)<br>  Thomas J. Davis (P78626)<br>Attorneys for Defendant<br>280 N. Old Woodward Ave., Ste. 400<br>Birmingham, Michigan 48009<br>(248) 645-0000 (Office)<br>(248) 4584581 (Fax)<br>ehardy@khvpf.com<br>tdavis@khvpf.com<br><br>Dated:  September 6, 2022 |

455182